# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

PLANNED PARENTHOOD OF
WISCONSIN, INC., et al.,

    *Plaintiffs*,

v.

JOSHUA KAUL, et al.,

    *Defendants*.

No. 3:19-cv-00038-WMC

## NOTICE OF APPEAL

Notice is hereby given that the Wisconsin Legislature ("Legislature"), proposed Intervenor-Defendant in the above-captioned matter, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order denying the Legislature's motion to intervene, entered in this action on April 23, 2019.

    Respectfully submitted,

Dated: April 29, 2019

/s/ *Jeffrey M. Harris*
Jeffrey M. Harris
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703.243.9423
jeff@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South, PMB #706
Boston, MA 02109
617.227.0548
patrick@consovoymccarthy.com

*Counsel for Proposed Intervenor
Wisconsin Legislature*

# CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2019, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the Court's ECF system, thereby serving all counsel of record.

/s/ *Jeffrey M. Harris*
Jeffrey M. Harris
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Boulevard, Suite 700
Arlington, Virginia 22201
703.243.9423
jeff@consovoymccarthy.com