IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Planned Parenthood of WI, Inc., et al
                    Plaintiff(s),

v.                                                                 Case No.  3:19-cv-00038

Kaul, Joshua, et al.
                    Defendant(s).

## MOTION TO APPEAR PRO HAC VICE

__Ali M. Arain__ of __Jenner & Block LLP__
  Attorney                                    Firm

respectfully requests that this Court grant admission pro hac vice in the above matter. I certify that I am an attorney in good standing licensed to practice in  New York
                                                                                     Jurisdiction

Dated this  12  day of  August,  2020

s/ Ali M. Arain

Name      Ali M. Arain

Firm      Jenner & Block LLP

Address   919 Third Avenue

          39th Floor

City      New York         State  NY   Zip Code 10022

E-Mail    aarain@jenner.com

Phone     +1 (212) 407-1721