# TRIAL EXHIBIT FORM

| EXHIBIT (S) OF | |
|---|---|
| Plaintiffs Planned Parenthood Of Wisconsin, Inc., Dr. Kathy King, Natalee Hartwig, Sara Beringer, and Katherine Melde<br><br>_____<br>(Indicate plaintiff or defendant) | *Planned Parenthood of Wisconsin, Inc., et al.*<br><br>V.                    Case No. 19-cv-38<br><br>*Joshua Kaul, et al.* |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | **No.** | **Witness** | | |
| | 1 | | On-Call Policy, Guidance, and Standing Orders for Abortion and Early Pregnancy Complication Services[1] | |
| | 2 | | MS&G Chapters[2] | |
| | 3 | | AB Patient Zip Codes by Clinic, 11/1/2018-10/31/2019 | |
| | 4 | | Patients Receiving Abortion Care at PPWI by County | |
| | 5 | | New Deposition Ex.1 - Notice of Deposition | |
| | 6 | | New Deposition Ex. 2 - Subpoena to Testify at a Deposition in a Civil Action | |
| | 7 | | New Deposition Ex. 3 - 2017 data re induced terminations of pregnancy (Texas) | |
| | 8 | | New Deposition Ex. 4 - NCHS Bridged-Race Population Estimates | |

[1] If admitted, Plaintiffs intend to request that the Court admit this document under seal.
[2] If admitted, Plaintiffs intend to request that the Court admit this document under seal.

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
|      | No. | Witness | | |
|      | 9 | | New Deposition Ex. 5 - Michael J. New Policy Studies, Essays, Book Reviews, Movie Review, Q&A, Editorials, and Blogposts Since 2010 | |
|      | 10 | | New Deposition Ex. 6 - Rebuttal Report of Michael J. New, Ph.D. | |
|      | 11 | | New Deposition Ex. 7 -Rebuttal Report of Michael J. New, Ph.D.: Appendix A | |
|      | 12 | | New Deposition Ex. 8 - Michael J. New C.V. | |
|      | 13 | | New Deposition Ex. 9 - Michael J. New, "New Study Shows Effectiveness of State Abortion Bans," National Review | |
|      | 14 | | New Deposition Ex. 10 - Michael J. New,  "A Supply-Side Strategy for Lowering Abortion Rates," National Review | |
|      | 15 | | New Deposition Ex. 11 - Michael J. New, "The 'New Abortion Providers'," National Review | |
|      | 16 | | New Deposition Ex. 12 - Expert report of Jason Fletcher | |
|      | 17 | | New Deposition Ex. 13 - Jason Fletcher article "Undue Burden Beyond Texas: An Analysis of Abortion Clinic Closures, Births, and Abortions in Wisconsin" | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
|      | 18 | | New Deposition Ex. 14 - Michael J. New,  "New Data Show the U.S. Abortion Rate Continues to Decline," National Review | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 19 | | New Deposition Ex. 15 - Michael J. New, "Guttmacher: Abortion Rate Down Overall, Up Among Poor Women," National Review | |
| | 20 | | New Deposition Ex. 16 - Bill to amend Delaware Code relating to termination of pregnancy | |
| | 21 | | New Deposition Ex. 17 - Revision to Section 1790 | |
| | 22 | | New Deposition Ex. 18 - A.R. S. § 2153 | |
| | 23 | | New Deposition Ex. 19 - Missouri telemab ban | |
| | 24 | | New Deposition Ex. 20 - Louisiana Physical Presence bill | |
| | 25 | | New Deposition Ex. 21 - Article "A Critical Reexamination of the Effect of Antiabortion Legislation in the Post-Casey Era" | |
| | 26 | | New Deposition Ex. 22 -Ave Maria Academic Catalogue | |
| | 27 | | New Deposition Ex. 23 - Catholic University Bio | |
| | 28 | | New Deposition Ex. 24  - Michael J. New Tweet | |
| | 29 | | New Deposition Ex. 25 - Michael J. New Tweet | |
| | 30 | | New Deposition Ex. 26 - Michael J. New Tweet | |
| | 31 | | New Deposition Ex. 27 - Michael J. New Tweet | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 32 | | New Deposition Ex. 28 - Michael J. New, "The Best Metrics of Pro-Life Progress," National Review | |
| | 33 | | New Deposition Ex. 29 - Michael J. New, "Pro-Lifers Should Oppose Medicaid Expansion in Kansas," National Review | |
| | 34 | | New Deposition Ex. 30 - Michael J. New, "Casey at 25: Pro-Life Progress Despite a Judicial Setback," National Review | |
| | 35 | | New Deposition Ex. 31 - Michael J. New, "A Pro-Life Pioneer," National Review | |
| | 36 | | New Deposition Ex. 32 - Michael J. New, "Roe v. Wade at 39," National Review | |
| | 37 | | Plaintiff Hartwig Privileging Forms | |
| | 38 | | Plaintiff Beringer Privileging Forms | |
| | 39 | | Plaintiff Melde Privileging Forms | |
| | 40 | | DHS Handbook Telehealth | |
| | 41 | | Wisconsin Dep't. of Health Services, "Reported Induced Abortions in Wisconsin, 2018: February 2020 Release" | |
| | 42 | | Wisconsin Dep't. of Health Services, Women of Reproductive Age by County | |
| | 43 | | Expert Report of Joanne Spetz | |
| | 44 | | Expert Report of Jason Fletcher | |
| | 45 | | Expert Report of Daniel Grossman | |
| | 46 | | Expert Report of Jane Collins | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 47 | | Joanne Spetz CV | |
| | 48 | | Jason Fletcher CV | |
| | 49 | | Daniel Grossman CV | |
| | 50 | | Jane Collins CV | |
| | 51 | | Defendants' Responses to Plaintiffs Interrogatories | |
| | 52 | | Daniel Grossman *et al.*, Changes in Service Delivery Patterns After Introduction of Telemedicine Provision of Medical Abortion in Iowa, 103 AM. J. OF PUB. HEALTH 73 (2013). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 53 | | American College of Obstetricians and Gynecologists, "Medication Abortion Up to 70 Days of Gestation," ACOG Practice Bulletin, Oct. 2020. | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 54 | | Rachel Jones & Jenna Jerman, Population Group Abortion Rates and Lifetime Incidence of Abortion: United States, 2008–2014, 107 AM. J. PUB. HEALTH 1904 (2017) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 55 | | Stanley K. Henshaw & Kathryn Kost, Abortion Patients in 1994-1995: Characteristics and Contraceptive Use, 28 FAMILY PLANNING PERSPECTIVES 140 (1996) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 56 | | Ushma D. Upadhyay *et al.*, Incidence of Emergency Department Visits and Complications After Abortion, 125 OBSTETRICS & GYNECOLOGY 175 (2015). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|-------------|------------------|
| | No. | Witness | | |
| | 57 | | Elizabeth G. Raymond & David A. Grimes, The Comparative Safety of Legal Induced Abortion and Childbirth in the United States, 119 OBSTETRICS & GYNECOLOGY 215 (2012). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 58 | | Anne Elixhauser & Lauren M. Wier, Agency For Healthcare Research & Quality, Complicating Conditions Of Pregnancy And Childbirth, HCup Statistical Brief #113 (2008). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 59 | | F. Carol Bruce *et al.*, Maternal Morbidity Rates in a Managed Care Population, 111 OBSTETRICS & GYNECOLOGY 1089 (2011). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 60 | | Emily E. Petersen *et al.*, Vital Signs: Pregnancy-Related Deaths, United States, 2011–2015, and Strategies for Prevention, 13 States, 2013-2017, 68 MMWR MORBIDITY & MORTAL WEEKLY REPORT 423 (2019). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 61 | | Eric A. Schaff, Vaginal Misoprostol Administered 1, 2, or 3 Days After Mifepristone for Early Medical Abortion: A Randomized Trial, 284 JAMA 1948 (2000). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 62 | | Nathalie Kapp *et al.*, Medical Abortion in the Late First Trimester: A Systematic Review, 99 CONTRACEPTION 77 (2019) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 63 | | Courtney A. Schreiber *et al.*, Mifepristone Pretreatment for the Medical Management of Early Pregnancy Loss, 378 NEW ENGLAND J. OF MED. 2161 (2018). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 64 | | Daniel Grossman *et al.*, Effectiveness and Acceptability of Medical Abortion Provided Through Telemedicine, 118 OBSTETRICS & GYNECOLOGY 296 (2011). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 65 | | Daniel Grossman & Kate Grindlay, Safety of Medical Abortion Provided Through Telemedicine Compared With In Person, 130 OBSTETRICS & GYNECOLOGY 778 (2017). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 66 | | Kelly Cleland *et al.*, Significant Adverse Events and Outcomes After Medical Abortion, 121 OBSTETRICS & GYNECOLOGY 166 (2013). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 67 | | Luu Doan Ireland *et al.*., Medical Compared with Surgical Abortion for Effective Pregnancy Termination in the First Trimester, 126 OBSTETRICS & GYNECOLOGY 22 (2015). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 68 | | S. Barnard *et al.*, Doctors or Mid-Level Providers for Abortion, 7 COCHRANE DATABASE OF SYSTEMATIC REVIEWS, Art. No. CD011242 (2015) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
| | No. | Witness | | |
| | 69 | | Eva Patil *et al.*, Aspiration Abortion with Immediate Intrauterine Device Insertion: Comparing Outcomes of Advanced Practice Clinicians and Physicians, 61 J. OF MIDWIFERY & WOMEN'S HEALTH 325 (2016) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 70 | | Shireen J. Jejeebhoy *et al.*, Can Nurses Perform Manual Vacuum Aspiration (MVA) as Safely and Effectively as Physicians? Evidence from India, 84 CONTRACEPTION 615 (2011) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 71 | | Tracy A. Weitz *et al.*, Safety of Aspiration Abortion Performed by Nurse Practitioners, Certified Nurse Midwives, and Physician Assistants Under a California Legal Waiver, 103 AM. J. OF PUB. HEALTH 454 (2013) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 72 | | Shireen J. Jejeebhoy *et al.*, Feasibility of Expanding the Medication Abortion Provider Base in India to Include Ayurvedic Physicians and Nurses, 38 INT'L PERSPECTIVES ON SEXUAL & REPROD HEALTH 133 (2012) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 73 | | Claudia Diaz Olavarrieta *et al.*, Nurse Versus Physician-Provision of Early<br><br>Medical Abortion in Mexico: A Randomized Controlled Non-Inferiority Trial, 93 BULLETIN OF THE WORLD HEALTH ORG. 249 (2015) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 74 | | I.K. Warriner *et al.*, Can Midlevel Health-Care Providers Administer Early Medical Abortion As Safely and Effectively As Doctors?, 377 LANCET 1155 (2011). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 75 | | Helena Kopp Kallner *et al.*, The Efficacy, Safety and Acceptability of Medical Termination of Pregnancy Provided By Standard Care by Doctors or By Nurse-Midwives: A Randomized Controlled Equivalence Trial, 122 BRIT. J. OBSTETRICS & GYNECOLOGY 510 (2014). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 76 | | Am. Coll. of Obstetricians & Gynecologists (ACOG), Increasing Access to Abortion, Committee Opinion No. 613, 124 OBSTETRICS & GYNECOLOGY 1060 (2014; reaff'd 2019). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 77 | | Am. Pub. Health Ass'n (Apha), Provision of Abortion Care By Advanced Nurses And Physicians Assistants, Apha Policy No. 20112 (2011). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 78 | | World Health Org., Health Worker Roles In Providing Safe Abortion Care And Post-Abortion Contraception 6–10 (2015). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 79 | | Victoria A. Wade, A Systematic Review of Economic Analyses of Telehealth Services Using Real Time Video Communication, 10 BMC HEALTH SERVS. RESEARCH 233 (2010). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | 80 | | Advancing New Standards In Reproductive Health (Ansirh), Issue Brief: Analysis Of<br><br>Medication Abortion Risk And The FDA Report "Mifepristone U.S. Post-Marketing Adverse Events Summary Through 12/31/2018" (2019). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 81 | | Kate Grindlay & Daniel Grossman, Telemedicine Provision of Medical Abortion in Alaska: Through the Provider's Lens, 23 J. OF TELEMED. & TELECARE 680 (2016). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 82 | | Elizabeth Raymond *et al.*, TelAbortion: Evaluation of a Direct to Patient Telemedicine Abortion Service in the United States, 100 CONTRACEPTION 173 (2019). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 83 | | Sara Daniel *et al.*, Characteristics of Patients Using Telemedicine Compared with In-Person Visits for State-Mandated Informed Consent Before Abortion in Utah, 99 CONTRACEPTION 316 (2019). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 84 | | Kate Grindlay *et al.*, Women's and Providers<br><br>Experiences with Medical Abortion Provided Through Telemedicine: A Qualitative Study, 23 WOMEN'S HEALTH ISSUES 117 (2013). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 85 | | Daniel Grossman, Telemedicine for Medical Abortion—Time to Move Towards Broad<br><br>Implementation, 126 BJOG: INT'L J. OBSTETRICS & GYNECOLOGY 1103 (May 10, 2019). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|---------|-------------|------------------------------------------|
| | **No.** | **Witness** | | |
| | 86 | | Margit Endler *et al.*, Telemedicine for Medical Abortion: A Systematic Review, 126 BJOG: INT'L JOURNAL OF OBSTETRICS & GYNECOLOGY 1094 (2019). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 87 | | Julia Kohn *et al.*, Medication Abortion Provided Through Telemedicine in Four U.S. States, 134 OBSTETRICS & GYNECOLOGY 343 (2019). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 88 | | Rachel K. Jones *et al.*, Guttmacher Institute, Abortion Incidence And Service<br><br>Availability In The United States (2017). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 89 | | ACOG, Health Disparities in Rural Women, Committee Opinion No. 586, 123 OBSTETRICS & GYNECOLOGY 384 (2014; reaff'd 2018). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 90 | | Liza Fuentes *et al.*, Women's Experiences Seeking Abortion Care Shortly After the Closure of Clinics Due to a Restrictive Law in Texas, 93 CONTRACEPTION 292 (2016) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 91 | | Sarah E. Baum *et al.*, Women's Experience Obtaining Abortion Care in Texas After Implementation of Restrictive Abortion Laws: A Qualitative Study, 11 PLOS ONE no. 10, 201. | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|---------|-------------|------------------|
| | No. | Witness | | |
| | 92 | | Lawrence B. Finer, Timing of Steps and Reasons for Delays in Obtaining Abortions in the United States, 74 CONTRACEPTION 334 (2006). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 93 | | Daniel Grossman *et al.*, Change in Abortion Services After Implementation of a Restrictive law in Texas, 90 CONTRACEPTION 496 (2014). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 94 | | Kari White *et al.*, Change in Second-Trimester Abortion After Implementation of a Restrictive State Law, 133 OBSTETRICS & GYNECOLOGY 771 (2019). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 95 | | Jenna Jerman, Barriers to Abortion Care and Their Consequences for Patients Traveling for<br><br>Services: Qualitative Findings from Two States, 49 PERSPS. ON SEXUAL & REPRO. HEALTH 95 (2017). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 96 | | Deborah Karasek, Sarah C.M. Roberts, & Tracy A. Weitz, Abortion Patients' Experience and Perceptions of Waiting Periods: Survey Evidence Vefore Arizona's Two-Visit 24-hour Mandatory Waiting Period Law, 26 WOMEN'S HEALTH ISSUES 60 (2016) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 97 | | Rachel K. Jones, Lawrence B. Finer, & Susheela Singh, Guttmacher Institute,<br><br>Characteristics Of U.S. Abortion Patients (2008). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 98 | | Sharon G. Smith *et al.*, U.S. Centers For Disease Control And Prevention (CDC), National Intimate Partner And Sexual Violence Survey, 2010-2012 State Report (2017). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 99 | | Sarah C.M. Roberts *et al.*, Risk of Violence From The Man Involved in the Pregnancy after Receiving or Being Denied an Abortion, 12 BMC MEDICINE 144 (2014) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 100 | | Jane Mauldon *et al.*, Effect of Abortion vs. Carrying to Term on a Woman's Relationship with the Man Involved in the Pregnancy, 47 PERSPECTIVES SEXUAL & REPRODUCTIVE HEALTH 11 (2014) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 101 | | Michele C. Black *Et al.*, Nat'l Ctr. For Injury Prevention & Control, Ctrs. For Disease Control & Prevention, The National Intimate Partner And Sexual Violence Survey (Nisvs): 2010 Summary Report 18 (2011) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 102 | | Junda Woo *et al.*, Abortion Disclosure and the Association with Domestic Violence, 105 OBSTETRICS & GYNECOLOGY 1329, 1331 (2005) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 103 | | Patricia Tjaden & Nancy Thoennes, Nat'l Inst. For Justice, Ctrs. for Disease Control & Prevention, Full Report of The Prevalence, Incidence, and Consequences of Violence Against Women (2000). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 104 | | Elaine K. Martin *et al.*, A Review of Marital Rape, 12 AGGRESSION & BEHAVIOR 329 (2007). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 105 | | Elizabeth Miller *et al.*, Pregnancy Coercion, Intimate Partner Violence, and Unintended Pregnancy, 81 CONTRACEPTION 316 (2010). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 106 | | Suzanne Zane, Abortion-Related Morality in the United States: 1998-2010, 126 OBSTETRICS & GYNECOLOGY 258 (2015). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 107 | | Rachel K. Jones *et al.*, Differences in Abortion Service Delivery in Hostile, Middle-Ground, and Supportive States in 2014, 28 WOMEN'S HEALTH ISSUES 212 (2018). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 108 | | Daniel Grossman *et al.*, The Public Health Threat of Anti-Abortion Legislation, 89 CONTRACEPTION 73 (2014) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 109 | | Texas Policy Evaluation Project, Research Brief: Texas Women's Experiences Attempting Self-Induced Abortion In The Face Of Dwindling Options (2014). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 110 | | Anshu P. Mohllajee *et al.*, Pregnancy Intention and Its Relationship to Birth and Maternal Outcomes, 109 OBSTETRICS & GYNECOLOGY 678 (2007) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 111 | | Jessica D. Gipson *et al.*, The Effects of Unintended Pregnancy on Infant, Child, and Parental Health: A Review of the Literature, 39 STUDIES IN FAMILY PLANNING 18 (2008) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 112 | | Diana Greene Foster *et al.*, Socioeconomic Outcomes of Women Who Receive and Women Who Are Denied Wanted Abortions in the United States, 108 AM. J. OF PUB. HEALTH 407 (2018) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 113 | | Ushma D. Upadhya *et al.*, The Effect of Abortion on Having and Achieving Aspirational One-Year Plans, 15 BMC WOMEN'S HEALTH, no. 102 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 114 | | Diana Greene Foster *et al.*, Effects of Carrying an Unwanted Pregnancy to Term on Women's Existing Children, 205 J. PEDIATRICS 183 (2019) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 115 | | Diana Greene Foster *et al.*, Comparison of Health, Development, Maternal Bonding, and Poverty Among Children Born After Denial of Abortion vs After Pregnancies Subsequent to an Abortion, 172 JAMA PEDIATRICS 1053 (2018) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 116 | | Nathaniel DeNicola, *et al.*, Telehealth Interventions to Improve Obstetric and Gynecologic Health Outcomes: A Systematic Review, 135 OBSTETRICS & GYNECOLOGY 371 (Feb. 2020) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 117 | | Liza Fuentes, *et al.*, Texas women's decisions and experiences regarding self-managed abortion, BMC Women's Health (2020) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 118 | | Terri-Ann Thompson, *et al.*, "Telemedicine for Family Planning: A Scoping Review" OBSTETRICS AND GYNECOLOGY CLINICS OF NORTH AMERICA (April 2020) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 119 | | Ushma D. Upadhya *et al.*, Telemedicine for medication abortion, 100 CONTRACEPTION 351 (2019) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 120 | | Ellen R. Wiebe, *et al.*, Comparing telemedicine to in-clinic medication abortions inducted with mifepristone and misoprostol, CONTRACEPTION: X  (2020) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 121 | | National Academies of Sciences, Engineering, & Medicine, The Safety and Quality of Abortion Care in the United States (2018) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|---------|-------------|------------------------------------------|
|      | No. | Witness |             |                                          |
|      | 122 |  | Joanna Venator & Jason Fletcher, Undue Burden Beyond Texas: An Analysis of Abortion Closures, Births, and Abortions in Wisconsin, National Bureau of Economic Research Working Paper (Oct. 2019) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
|      | 123 |  | Jason M. Lindo, *et al.*, How Far Is Too Far?: New Evidence on Abortion Clinic Closures, Access, and Abortions, J. HUMAN RESOURCES 1217 (2019) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
|      | 124 |  | Stefanie Fischer, *et al.*, The Impacts of Reduced Access to Abortion and Family Planning Services on Abortion, Births, and

Contraceptive Purchases, 167 J. PUB. ECON. 43 (2018) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
|      | 125 |  | Daniel A. Grossman *et al.*, Change in Distance to Nearest Facility and Abortion in Texas, 2012 to 2014, 317 JAMA 436 (2017) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
|      | 126 |  | Christine Dehlendorf, *et al.*, Disparities in Abortion Rates: A Public Health Approach, 103 Am. J. Pub. Health 1772 (2013) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
|      | 127 |  | Timothy M. Smeeding & Katherine Thornton, Poverty, Incomes, Race And Ethnicity In Wisconsin And Milwaukee: A Supplement To The 2016 Wisconsin Poverty Report 2–3 (Institute for Research on Poverty 2018). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 128 | | Rachel K. Jones, *et al.*, At What Cost? Payment for Abortion Care by U.S. Women, WOMEN'S HEALTH ISSUES 23 e173, e174 (2013). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 129 | | Rachel K. Jones, *et al.*, COVID-19 Abortion Bans and Their Implications for Public Health, Perspectives on Sexual and Reproductive Health (June 2020) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 130 | | Caitlin Myers, *et al.*, Did Parental Involvement Laws Grow Teeth? The Effects of State Restrictions on Minors' Access to Abortion, 71 J. OF HEALTH ECONOMICS 1 (2020) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 131 | | Joanne Spetz, California's Nurse Practitioners: How Scope Of Practice Laws Impact Care (Cal. Health Care Found. 2018, rev. 2019) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 132 | | Timothy Bates *et al.*, California's Physician Assistants: How Scope Of Practice Laws Impact Care (Cal. Health Care Found. 2018) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 133 | | Connie Kwong *et al.*, California's Midwives: How Scope of Practice Laws Impact Care (Cal. Health Care Found. 2019) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 134 | | Nat. Governors Ass'n, The Role of Nurse Practitioners in Meeting Increasing Demand for Primary Care 3–4 (2012). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 135 | | Marlene B. Goldman *et al.*, Physician Assistants as Providers of Surgically Induced Abortion Services, 94 AM. J. PUB. HEALTH 1352 (2004) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 136 | | Courtney B. Jackson, Expanding the Pool of Abortion Providers: Nurse-Midwives, Nurse Practitioners, and Physician Assistants, 21 WOMEN'S HEALTH ISSUES S42 (2011) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 137 | | Mary Anne Freedman *et al.*, Comparison of Complication Rates in First Trimester Abortions Performed by Physician Assistants and Physicians, 76 AM. J. PUB. HEALTH 550 (1986) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 138 | | Amy Jo Levi *et al.*, Training in Aspiration Abortion Care: An Observational Cohort Study of Achieving Procedural Competence, 88 INT'L J. NURSING STUD. 53 (2018) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 139 | | Marge Berer, Provision of Abortion by Mid-Level Providers: International Policy, Practice and Perspectives, 87 BULL. WORLD HEALTH ORG. 58 (2008) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 140 | | Sharmani Barnard *et al.*, Doctors or Mid-Level Providers for Abortion, 27 COCHRANE DATABASE SYSTEMATIC REV. 6 (2015) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 141 | | Alexandra Hobson & Alexa Curtis, Improving the Care of Veterans: The Role of Nurse Practitioners in Team-Based Population Health Management, 29 AM. ASS'N OF NURSE PRACTITIONERS 644 (2017) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 142 | | Kaiser Comm'n on Medicaid and the Uninsured, Improving Access To Adult Primary Care In Medicaid: Exploring The Potential Role Of Nurse Practitioners And Physician Assistants (Kaiser Family Found. 2011) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 143 | | Joanne Spetz *et al.*, California Board of Registered Nursing: 2010 Survey of Nurse Practitioners and Certified Nurse Midwives 152 (Cal. Board of Registered Nursing 2011) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 144 | | Daniel J. Gilman & Tara Isa Koslov, Fed. Trade Comm'n, Policy Perspectives: Competition and the Regulation of Advanced Practice Nurses (Fed. Trade Comm'n. 2014) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 145 | | Anneke J. van Vught *et al.*, Analysis of the Level of General Clinical Skills of Physician Assistant Students Using an Objective Structured Clinical Examination, 21 J. EVALUATION CLINICAL PRACTICE 971 (2015) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
| --- | --- | --- | --- | --- |
| | 146 | | Joanne Spetz *et al.*, Transformation of the Nonphysician Health Professions, The Healthcare Professional Workforce: New Directions in Theory and Practice 51 (Oxford Press 2016) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 147 | | James F. Cawley *et al.*, Origins of the Physician Assistant Movement in the United States, 25 J. AM. ACAD. PHYSICIAN ASSISTANTS 36 (2012) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 148 | | Ann Davis *et al.*, Access and Innovation in a Time of Rapid Change: Physician Assistant Scope of Practice, 24 ANNALS HEALTH L. 286 (2015) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 149 | | Lisa R. Henry *et al.*, The Role of Physician Assistants in Rural Health Care: A Systematic Review of the Literature, 27 J. RURAL HEALTH 220 (2011). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 150 | | Westat, Impact of State Scope of Practice Laws and Other Factors on the Practice and Supply of Primary Care Nurse Practitioners: Final Report (Office of the Assistant Sec'y for Planning & Evaluation 2015) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 151 | | Jane H. Kass-Wolff & Nancy K. Lowe, A Historical Perspective of the Women's Health Nurse Practitioner, 44 NURSING CLINICS N. AM. 271 (2009) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 152 | | Inst. of Med. of the Nat'1 Acads. of Scis., Eng'g & Med., The Future of Nursing: Leading Change, Advancing Health (2011) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted..** |
| | 153 | | U.S. Health Res. & Servs. Admin., Projecting the Supply and Demand for Primary Care Practitioners Through 2020 (2013) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 154 | | Am. Midwifery Certification Bd., 2018 Annual Report (2018) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 155 | | Physician Assistant Educ. Ass'n, Program Report 33: Data from the 2017 Program Survey (2012) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 156 | | Physician Assistant Educ. Ass'n, Twentieth Annual Report on Physician Assistant Educational Programs in the United States, 2003-2004 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 157 | | Benjamin G. Druss *et al.*, Trends in Care by Nonphysician Clinicians in the United States, 348 N. ENGL. J. MED. 130 (2003) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
| --- | --- | --- | --- | --- |
| | 158 | | Briana Ralston *et al.*, The NP: Celebrating 50 Years, 115 AM. J. NURSING 54 (2015) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 159 | | Kathryn Osborne, Regulation of Prescriptive Authority for Certified Nurse-Midwives and Certified Midwives: 2015 National Overview, 60 J. MIDWIFERY & WOMEN'S HEALTH 519 (2015) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 160 | | Matthew Tierney *et al.*, Advanced Practice Nurses: Increasing Access to Opioid Treatment by Expanding the Pool of Qualified Buprenorphine Prescribers, 36 SUBSTANCE ABUSE 389 (2015) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 161 | | Carole Joffe & Susan Yanow, Advanced Practice Clinicians as Abortion Providers: Current Developments in the United States, 12 REPRODUCTIVE HEALTH MATTERS 198 (2004) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 162 | | Yong-Fang Kuo *et al.*, States With the Least Restrictive Regulations Experienced the Largest Increase in Patients Seen by Nurse Practitioners, 32 HEALTH AFFAIRS (Millwood) 1236 (2013) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 163 | | Sara Markowitz *et al.*, Competitive Effects of Scope of Practice Restrictions: Public Health or Public Harm?, 55 J. HEALTH ECON. 201 (2017) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 164 | | Am. Coll. of Nurse-Midwives, Midwifery: Evidence-Based Practice (2012) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 165 | | Roger Wells *et al.*, National Rural Health Association Policy Brief 1 (Nat'l Rural Health Ass'n 2017) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 166 | | Ying Xue *et al.*, Impact of State Nurse Practitioner Scope-of-Practice Regulation on Health Care Delivery: Systematic Review, 64 Nursing Outlook 71 (2016) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 167 | | Christine M. Everett *et al.*, Physician Assistants and Nurse Practitioners as a Usual Source of Care, 25 J. RURAL HEALTH 407, 407 (2009) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 168 | | Ying Xue *et al.*, Trends in Primary Care Provision to Medicare Beneficiaries by Physicians, Nurse Practitioners, or Physician Assistants: 2008 – 2014, 8 J. PRIMARY CARE & COMMUNITY HEALTH 256 (2017) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 169 | | Julie Stanik-Hutt *et al.*, The Quality and Effectiveness of Care Provided by Nurse Practitioners, 9 J. NURSE PRACTITIONERS 492 (2013) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 170 | | Mary D. Naylor & Ellen T. Kurtzman, The Role of Nurse Practitioners in Reinventing Primary Care, 29 HEALTH AFFAIRS (Millwood) 893 (2010) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 171 | | Robin Newhouse *et al.*, Advanced Practice Nurse Outcomes 1990-2008: A Systematic Review 29 NURSING ECON. 1 (2011) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 172 | | Ellen T. Kurtzman & Burt S. Barnow, A Comparison of Nurse Practitioners, Physician Assistants, and Primary Care Physicians' Patterns of Practice and Quality of Care in Health Centers, 55 MED. CARE 615 (2017) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 173 | | Miranda G. H. Laurant *et al.*, The Impact of Nonphysician Clinicians: Do They Improve the Quality and Cost-Effectiveness of Health Care Services?, 66 MED. CARE RES. & REV. 36S (2009) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 174 | | Ira B. Wilson *et al.*, Quality of HIV Care Provided by Nurse Practitioners, Physician Assistants, and Physicians, 143 ANNALS INTERNAL MED. 729 (2005) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 175 | | Pamela A Ohman-Strickland *et al.*, Quality of Diabetes Care in Family Medicine Practices: Influence of Nurse-Practitioners and Physician's Assistants 6 ANNALS FAM. MED. 14 (2008) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 176 | | Douglas W. Roblin *et al.*, Patient Satisfaction with Primary Care: Does Type of Practitioner Matter?, 42 MED. CARE 579 (2004) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 177 | | Usha Subramanian *et al.*, Treatment Decisions for Complex Patients: Differences Between Primary Care Physicians and Mid-Level Providers, 15 AM. J. MANAGED CARE 373 (2009) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 178 | | Salim S. Virani *et al.*, Comparative Effectiveness of Outpatient Cardiovascular Disease and Diabetes Care Delivery Between Advanced Practice Providers and Physician Providers in Primary Care: Implications for Care Under the Affordable Care Act, 181 AM. HEART J. 74 (2016) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 179 | | Michele Limoges-Gonzalez *et al.*, Comparisons of Screening Colonoscopy Performed by a Nurse Practitioner and Gastroenterologists, 34 GASTROENTEROLOGY NURSING 210 (2011) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 180 | | Jennifer Perloff *et al.*, Association of State-Level Restrictions in Nurse Practitioner Scope of Practice With the Quality of Primary Care Provided to Medicare Beneficiaries, 76(5) MED. CARE RES. & REV. 597 (2019) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 181 | | Ellen T. Kurtzman *et al.*, Does the Regulatory Environment Affect Nurse Practitioners' Patterns of Practice or Quality of Care in Health Centers?, 52 HEALTH SERVS. RES. 437 (2017) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 182 | | Meg Johantgen *et al.*, Comparison of Labor and Delivery Care Provided by Certified Nurse- Midwives and Physicians: A Systematic Review, 1990 to 2008, 22-1 WOMEN'S HEALTH ISSUES, e73 (2012) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted..** |
| | 183 | | Wisconsin Hospital Association, Wisconsin 2018 Health Care Workforce Report (2018) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 184 | | Wisconsin Council on Medical Education & Workforce, Mapping Our Way to Success: Wisconsin's Physician Workforce (2018) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 185 | | Kristin Harknett, David Schneider, *Precarious Work Schedules and Population Health*. Health Affairs Health Policy Brief, Feb 13, 2020. | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 186 | | Klawitter, M. and Morgan-Cross, C., Assets, Credit Use and Debt of Low-Income Households, Evans School of Public Affairs, University of Washington, May 2012. | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 187 | | United States Department of Labor, Bureau of Labor Statistics, "A Profile of the Working Poor, 2010," March 2012. | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|---|---|---|---|---|
| | No. | Witness | | |
| | 188 | | Federal Deposit Insurance Corporation, 2017 FDIC National Survey of Unbanked and Underbanked Households | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 189 | | Acs, G., and Loprest, P., Low-Skill Jobs, Work Hours, and Paid time off, Urban Institute, Brief No. 2., Nov. 2008 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 190 | | Board of Governors of the Federal Reserve System, Report on the Economic Well-Being of U.S. Households 2018 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 191 | | Boushey, H., Brocht, C., Gunderson, G., and Bernstein, J., Hardships in America: The Real Story of Working Families, Washington, D.C.: Economic Policy Institute, 2001 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 192 | | Chaudry, A., Pedroza, J., and Sandstrom, H., How Employment Constraints Affect Low-Income Working Parents' Child Care Decisions, Urban Institute Brief No. 23, February 2012 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted..** |
| | 193 | | Dehlendorf, C. and Weitz, T., Access to<br><br>Abortion Services: A Neglected Health Disparity, 22 J. OF HEALTH CARE FOR THE POOR AND UNDERSERVED 415 (May 2011). | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
| --- | --- | --- | --- | --- |
| | 194 | | Finer, L.B. and Zolna, M., Shifts in Intended and Unintended Pregnancies in the United States, 2001-2008, AM. J. OF PUB. HEALTH, 104 (Feb. 2014) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 195 | | Foster, D. G., Jackson, R. A., Cosby, K., Weitz, T. A., Darney, P. D., and Drey, E. A., Predictors of Delay in Each Step Leading to an Abortion, 77 CONTRACEPTION 289 (2008) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 196 | | Gross, M. B., Hogarth, J. M., Manohar, A., and Gallegos, S., Who Uses Alternative Financial Services and Why?, Consumer Interests Annual, 58, 2012 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 197 | | Henly, J. R., Shaefer, H. L., and Waxman, E.,  Nonstandard Work Schedules: Employer and Employee-Driven Flexibility in Retail Jobs, Social Service Review 80 (4): (2006) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 198 | | Jerman, J., Jones, R.K., Onda, T., Characteristics of Abortion Patients in 2014 and Changes Since 2008, Guttmacher Institute, May 2016 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 199 | | Lambert, S. J., Making a Difference for Hourly Employees, in Crouter, A. C., and Booth, A., eds., Worklife Policies, Washington, DC: Urban Institute, 2009 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| --- | --- | --- | --- | --- |
| | No. | Witness | | |
| | 200 | | Lambert, S. J., Haley-Lock, A., and Henly, J. R., Schedule Flexibility in Hourly Jobs: Unanticipated Consequences and Promising Directions, 15 COMMUNITY, WORK & FAMILY (2012) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 201 | | Presser, H. B., and Cox, A.G., The Work Schedules of Low-Educated American Women and Welfare Reform, Monthly Labor Review 120 (4), 1997 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 202 | | Roberts, S.C.M., M.A. Biggs, K.S. Chibber, H. Gould, C.H. Rocca, and D.G. Foster, Risk of violence from the man involved in the pregnancy after receiving or being denied an abortion, BMC Medicine 12: 144, 2014 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 203 | | Sheely, A., Work Characteristics and Family Routines in Low-Wage Families, 37 J. OF SOCIOLOGY AND SOCIAL WELFARE 59, 2010 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 204 | | Short, K. and Smeeding, T., Understanding Income-to-Threshold Ratios Using the Supplemental Poverty Measure,  Working Paper, U.S. Census Bureau, Social, Economic and Housing Statistics Division, August 2012 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 205 | | U.S. Department of Agriculture, Reaching Those in Need: Estimates of State Supplemental Nutrition Assistance Program Participation Rates in 2014 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
|------|------|------|------|------|
|  | **No.** | **Witness** |  |  |
|  | 206 |  | Wicks-Lim, J., The Working Poor: A Booming Demographic," New Labor Forum 21 (3): 17-25, 2012 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted..** |
|  | 207 |  | Wisconsin Dep't. of Health Services, Reported Induced Abortions in Wisconsin, 2017 |  |
|  | 208 |  | Collins, J., and Mayer, V., Both Hands Tied Welfare Reform and the Race to the Bottom in the Low-Wage Labor Market, Chicago: University of Chicago Press, 2010 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
|  | 209 |  | Dodson, L., and Bravo, E., When There is No Time or Money: Work, Family, and Community Lives of Low-Income Families, in Beem, C., and Heymann, J., eds., Unfinished Work: Building Democracy & Equality in an Era of Working Families, New York, New Press, 2005 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
|  | 210 |  | Tracy Weitz et al., Research Informs Abortion Care Policy Change in California, 104 AM. J. PUB. HEALTH e3 (2014) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
|  | 211 |  | Diana Foster, The Turnaway Study, Scribner, 2020 | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
| --- | --- | --- | --- | --- |
| | 212 | | Map - Current Driving Distance to Nearest PPWI Medication Abortion Provider | |
| | 213 | | Map - Current Driving Distance to Nearest PPWI Procedural Abortion Provider | |
| | 214 | | Map - Post-Expansion Driving Distance to Nearest PPWI Medication Abortion Provider | |
| | 215 | | Map - Post-Expansion Driving Distance to Nearest PPWI Procedural Abortion Provider | |
| | 216 | | Map - Telemedicine Availability at Wisconsin Clinics | **Objection – hearsay. FRE 801, 802. Lack of foundation. FRE 602.** |
| | 217 | | Map - Madison East Health Center Patient Zip Codes | |
| | 218 | | Map - Milwaukee – Water Street Health Center Patient Zip Codes | |
| | 219 | | Map - Sheboygan - Health Center Patient Zip Codes | |
| | 220 | | U.S. Department of Health and Human Services, Area Health Resources File, https://data.hrsa.gov/topics/healthworkforce/ahrf (last visited Dec. 2, 2019) (SP0002089) | |
| | 221 | | U.S. Department of Health and Human Services, User Documentation for the State and National Area Health Resources File 2018-2019 Release, July 2019 (SP0002089) | |

| Date | Identification | | Description | Offers, Objections, Rulings, Exceptions |
| | No. | Witness | | |
|---|---|---|---|---|
| | 222 | | Ehrenreich K, Kaller S, Raifman S, Grossman D. Women's Experiences Using Telemedicine to Attend Abortion Information Visits in Utah: A Qualitative Study. Womens Health Issues 2019;29(5):407-413. | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 223 | | Daniel S, Raifman S, Kaller S, Grossman D. Characteristics of patients having telemedicine versus in-person informed consent visits before abortion in Utah. Contraception 2020;101(1):56-61. | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 224 | | Wis. Office of Rural Health, Wisconsin Primary Care HPSAs. Health Professional Shortage Areas (Oct. 2018) | |
| | 225 | | Wis. Office of Rural Health, Governor-Designated Shortage Areas for Rural Health Clinics (Apr. 2019) | |
| | 226 | | Medication Abortion, Guttmacher Institute, https://www.guttmacher.org/state-policy/explore/medication-abortion (last updated Nov. 1, 2020) | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |
| | 227 | | Guttmacher Institute, State Facts About Abortion: Wisconsin (2019), https://www.guttmacher.org/fact-sheet/state-facts-about-abortion-wisconsin. | **Hearsay. FRE 801, 802. If used at trial, Defendants will object to any request that this exhibit be admitted.** |

In addition to the above exhibits, Plaintiffs reserve the right to use as exhibits all sources cited or relied upon by Plaintiffs' experts in their expert reports filed in this case.  Plaintiffs reserve the right to use exhibits not included on this list for impeachment and refreshing recollection.  Plaintiffs reserve the right to use as exhibits any exhibits included on Defendants' exhibit list. Plaintiffs reserve the right to produce additional rebuttal exhibits, if necessary.  Finally, Plaintiffs reserve the right to use demonstratives not included on this list at the trial in this matter; any such demonstratives will be provided to Defendants in advance of trial.

Dated this 13th day of November 2020.

By: */s/Ali M. Arain*
Susan J. Kohlmann
Alison I. Stein
Ali M. Arain
Lori B. Day
Jessica A. Martinez
Danielle Muniz
Emily S. Mannheimer
Kara V. Brandeisky
JENNER & BLOCK LLP
919 Third Ave
New York, NY 10022
Phone: 212-891-1600
skohlmann@jenner.com
astein@jenner.com
aarain@jenner.com
lday@jenner.com
jmartinez@jenner.com
dmuniz@jenner.com
emannheimer@jenner.com
kbrandeisky@jenner.com

*/s/ Lester A. Pines*
Lester A. Pines
Tamara B. Packard
Leslie A. Freehill
PINES BACH LLP
122 West Washington Avenue,
Suite 900
Madison, WI 53703
Phone: 608-251-0101
lpines@pinesbach.com
tpackard@pinesbach.com
lfreehill@pinesbach.com

Diana O. Salgado
PLANNED PARENTHOOD FEDERATION OF
AMERICA
1110 Vermont Avenue, NW
Suite 300
Washington, DC 20005
Phone: 212-261-4399
diana.salgado@ppfa.org

*Counsel for the Plaintiffs*