UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

PLANNED PARENTHOOD OF
WISCONSIN, INC., et al.,

    Plaintiffs,

v.

                                Case No. 19-cv-38

JOSHUA KAUL, et al.,

    Defendants.

---

## PARTIES' JOINT STIPULATION CONCERNING
## EXHIBITS ADMITTED AT TRIAL

In accordance with the Court's request that the parties agree on the set of exhibits admitted by the Court during the trial in this matter (*see* Dkt. 116 at 53:05-53:14), the parties, by their counsel, hereby stipulate and agree that the following exhibits were admitted at trial, either in full or in part pursuant to Federal Rule of Evidence 803(18).

| Exh. #[1] | Description | Ruling |
|---|---|---|
| PTX 09 | Michael J. New Policy Studies, Essays, Book Reviews, Movie Review, Q&A, Editorials, and Blogposts Since 2010 (New Deposition Ex. 5) | Fully admitted. |

---

[1] Plaintiffs' exhibits are prepended with "PTX" and are numbered between 9 and 237; Defendants' exhibits are prepended with "DTX" and are numbered between 503 and 514.

| Exh. #[1] | Description | Ruling |
|---|---|---|
| PTX 42 | Wisconsin Dep't. of Health Services, Women of Reproductive Age by County | Fully admitted. |
| PTX 43 | Expert Report of Joanne Spetz | Fully admitted. |
| PTX 44 | Expert Report of Jason Fletcher | Fully admitted. |
| PTX 45 | Expert Report of Daniel Grossman | Fully admitted. |
| PTX 46 | Expert Report of Jane Collins | Fully admitted. |
| PTX 47 | Joanne Spetz CV | Fully admitted. |
| PTX 48 | Jason Fletcher CV | Fully admitted. |
| PTX 49 | Daniel Grossman CV | Fully admitted. |
| PTX 50 | Jane Collins CV | Fully admitted. |
| PTX 52 | Daniel Grossman *et al.*, Changes in Service Delivery Patterns After Introduction of Telemedicine Provision of Medical Abortion in Iowa, 103 AM. J. OF PUB. HEALTH 73 (2013) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 53 | American College of Obstetricians and Gynecologists, "Medication Abortion Up to 70 Days of Gestation," ACOG Practice Bulletin, Oct. 2020 | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 57 | Elizabeth G. Raymond & David A. Grimes, The Comparative Safety of Legal Induced Abortion and Childbirth in the United States, 119 OBSTETRICS & GYNECOLOGY 215 (2012) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |

| Exh. #[1] | Description | Ruling |
|---|---|---|
| PTX 68 | S. Barnard *et al.*, Doctors or Mid-Level Providers for Abortion, 7 COCHRANE DATABASE OF SYSTEMATIC REVIEWS, Art. No. CD011242 (2015) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 69 | Eva Patil *et al.*, Aspiration Abortion with Immediate Intrauterine Device Insertion: Comparing Outcomes of Advanced Practice Clinicians and Physicians, 61 J. OF MIDWIFERY & WOMEN'S HEALTH 325 (2016) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 71 | Tracy A. Weitz *et al.*, Safety of Aspiration Abortion Performed by Nurse Practitioners, Certified Nurse Midwives, and Physician Assistants Under a California Legal Waiver, 103 AM. J. OF PUB. HEALTH 454 (2013) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 76 | Am. Coll. of Obstetricians & Gynecologists (ACOG), Increasing Access to Abortion, Committee Opinion No. 613, 124 OBSTETRICS & GYNECOLOGY 1060 (2014; reaff'd 2019) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 77 | Am. Pub. Health Ass'n (Apha), Provision of Abortion Care By Advanced Nurses And Physicians Assistants, Apha Policy No. 20112 (2011) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 80 | Advancing New Standards In Reproductive Health (Ansirh), Issue Brief: Analysis Of Medication Abortion Risk And The FDA Report "Mifepristone U.S. Post-Marketing Adverse Events Summary Through 12/31/2018" (2019) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |

| Exh. #[1] | Description | Ruling |
|---|---|---|
| PTX 93 | Daniel Grossman *et al.*, Change in Abortion Services After Implementation of a Restrictive law in Texas, 90 CONTRACEPTION 496 (2014) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 94 | Kari White *et al.*, Change in Second-Trimester Abortion After Implementation of a Restrictive State Law, 133 OBSTETRICS & GYNECOLOGY 771 (2019) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 99 | Sarah C.M. Roberts *et al.*, Risk of Violence From The Man Involved in the Pregnancy after Receiving or Being Denied an Abortion, 12 BMC MEDICINE 144 (2014) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 106 | Suzanne Zane, Abortion-Related Morality in the United States: 1998-2010, 126 OBSTETRICS & GYNECOLOGY 258 (2015) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 112 | Diana Greene Foster *et al.*, Socioeconomic Outcomes of Women Who Receive and Women Who Are Denied Wanted Abortions in the United States, 108 AM. J. OF PUB. HEALTH 407 (2018) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 121 | National Academies of Sciences, Engineering, & Medicine, The Safety and Quality of Abortion Care in the United States (2018) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |

| Exh. #[1] | Description | Ruling |
|---|---|---|
| PTX 123 | Jason M. Lindo, *et al.*, How Far Is Too Far?: New Evidence on Abortion Clinic Closures, Access, and Abortions, J. HUMAN RESOURCES 1217 (2019) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 124 | Stefanie Fischer, *et al.*, The Impacts of Reduced Access to Abortion and Family Planning Services on Abortion, Births, and Contraceptive Purchases, 167 J. PUB. ECON. 43 (2018) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 128 | Rachel K. Jones, *et al.*, At What Cost? Payment for Abortion Care by U.S. Women, WOMEN'S HEALTH ISSUES 23 e173, e174 (2013) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 129 | Rachel K. Jones, *et al.*, COVID-19 Abortion Bans and Their Implications for Public Health, Perspectives on Sexual and Reproductive Health (June 2020) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 130 | Caitlin Myers, *et al.*, Did Parental Involvement Laws Grow Teeth? The Effects of State Restrictions on Minors' Access to Abortion, 71 J. OF HEALTH ECONOMICS 1 (2020) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 135 | Marlene B. Goldman *et al.*, Physician Assistants as Providers of Surgically Induced Abortion Services, 94 AM. J. PUB. HEALTH 1352 (2004) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |

| Exh. #[1] | Description | Ruling |
|---|---|---|
| PTX 138 | Amy Jo Levi *et al.*, Training in Aspiration Abortion Care: An Observational Cohort Study of Achieving Procedural Competence, 88 INT'L J. NURSING STUD. 53 (2018) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 142 | Kaiser Comm'n on Medicaid and the Uninsured, Improving Access To Adult Primary Care In Medicaid: Exploring The Potential Role Of Nurse Practitioners And Physician Assistants (Kaiser Family Found. 2011) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 144 | Daniel J. Gilman & Tara Isa Koslov, Fed. Trade Comm'n, Policy Perspectives: Competition and the Regulation of Advanced Practice Nurses (Fed. Trade Comm'n. 2014) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 149 | Lisa R. Henry *et al.*, The Role of Physician Assistants in Rural Health Care: A Systematic Review of the Literature, 27 J. RURAL HEALTH 220 (2011) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 150 | Westat, Impact of State Scope of Practice Laws and Other Factors on the Practice and Supply of Primary Care Nurse Practitioners: Final Report (Office of the Assistant Sec'y for Planning & Evaluation 2015) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 152 | Inst. of Med. of the Nat'l Acads. of Scis., Eng'g & Med., The Future of Nursing: Leading Change, Advancing Health (2011) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |

| Exh. #[1] | Description | Ruling |
|---|---|---|
| PTX 166 | Ying Xue *et al.*, Impact of State Nurse Practitioner Scope-of-Practice Regulation on Health Care Delivery: Systematic Review, 64 Nursing Outlook 71 (2016) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 183 | Wisconsin Hospital Association, Wisconsin 2018 Health Care Workforce Report (2018) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 202 | Roberts, S.C.M., M.A. Biggs, K.S. Chibber, H. Gould, C.H. Rocca, and D.G. Foster, Risk of violence from the man involved in the pregnancy after receiving or being denied an abortion, BMC Medicine 12: 144, 2014 | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 207 | Wisconsin Dep't. of Health Services, Reported Induced Abortions in Wisconsin, 2017 | Fully admitted. |
| PTX 210 | Tracy Weitz et al., Research Informs Abortion Care Policy Change in California, 104 AM. J. PUB. HEALTH e3 (2014) | Yellow highlighted passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 211 | Diana Foster, The Turnaway Study, Scribner, 2020 | Designated passages, submitted to the Court in a set of exhibits on December 6, 2020, were admitted under FRE 803(18). |
| PTX 212 | Map - Current Driving Distance to Nearest PPWI Medication Abortion Provider | Fully admitted. |

| Exh. #[1] | Description | Ruling |
|---|---|---|
| PTX 213 | Map - Current Driving Distance to Nearest PPWI Procedural Abortion Provider | Fully admitted. |
| PTX 214 | Map - Post-Expansion Driving Distance to Nearest PPWI Medication Abortion Provider | Fully admitted. |
| PTX 215 | Map - Post-Expansion Driving Distance to Nearest PPWI Procedural Abortion Provider | Fully admitted. |
| PTX 217 | Map - Madison East Health Center Patient Zip Codes | Fully admitted. |
| PTX 218 | Map - Milwaukee – Water Street Health Center Patient Zip Codes | Fully admitted. |
| PTX 219 | Map - Sheboygan - Health Center Patient Zip Codes | Fully admitted. |
| PTX 224 | Wis. Office of Rural Health, Wisconsin Primary Care HPSAs. Health Professional Shortage Areas (Oct. 2018) | Fully admitted. |
| PTX 225 | Wis. Office of Rural Health, Governor-Designated Shortage Areas for Rural Health Clinics (Apr. 2019) | Fully admitted. |
| PTX 228 | Exhibit B to Jane Collins expert report | Fully admitted. |
| PTX 229 | Exhibit C to Jane Collins expert report | Fully admitted. |
| PTX 230 | Exhibit D to Jane Collins expert report | Fully admitted. |
| PTX 231 | Map: One-Way Driving Distance to Nearest Abortion Provider (Including Out-of-State Providers) | Fully admitted. |

| Exh. #[1] | Description | Ruling |
|---|---|---|
| PTX 232 | Map: One-Way Driving Distance to Nearest Procedural Abortion Provider (Including Out-of-State Providers) | Fully admitted. |
| PTX 233 | Map: One-Way Driving Distance to Nearest Abortion Provider (Including Out-of-State) After Expansion Plan | Fully admitted. |
| PTX 234 | Map: One-Way Driving Distance to Nearest Aspiration Abortion Provider (Including Out-of-State) After Expansion Plan | Fully admitted. |
| PTX 235 | D1: One-Way Distance That Women of Reproductive Age Must Travel to Reach Nearest PPWI Medication and/or Procedural Abortion Provider, As Measured From Each County Seat | Fully admitted. |
| PTX 236 | D2: One-Way Distance That Women of Reproductive Age Would Need to Travel to Reach Nearest PPWI Medication and/or Procedural Abortion Provider in Wisconsin, Currently and Post-Expansion Plan, As Measured From Each County Seat | Fully admitted. |
| PTX 237 | D3: One-Way Distance That Women of Reproductive Age Would Need to Travel to Reach Nearest Medication and/or Procedural Abortion Provider, In- or Out-of-State, Currently and Post-Expansion Plan, As Measured From Each County Seat | Fully admitted. |

| Exh. #[1] | Description | Ruling |
|---|---|---|
| DTX 501 | Rule 26(a)(2) Rebuttal Report of Michael J. New, Ph.D., dated February 28, 2020, with Appendix A and Curriculum Vitae | Admitted, with the exception of Part D and related portions of the report, which have been redacted.[2] |
| DTX 503 | Reported Induced Abortions in Wisconsin 2018, February 2020 Release, Wisconsin Department of Health Services (Exhibit 12 to Daniel Grossman deposition on August 25, 2020) | Fully admitted. |
| DTX 509 | Mifepristone REMS, April 2019 Exhibit 4 to Daniel Grossman deposition on August 25, 2020) | Fully admitted. |
| DTX 510 | Abortion in Iowa City, IA (Exhibit 5 to Daniel Grossman deposition on August 25, 2020) | Fully admitted. |
| DTX 511 | Abortion in Marquette, MI (Exhibit 6 to Daniel Grossman deposition on August 25, 2020) | Fully admitted |
| DTX 512 | Abortion in Rochester, MN (Exhibit 7 to Daniel Grossman deposition on August 25, 2020) | Fully admitted. |
| DTX 513 | Abortion in Saint Paul, MN (Exhibit 8 to Daniel Grossman deposition on August 25, 2020) | Fully admitted. |
| DTX 514 | Abortion in Waukegan, IL (Exhibit 9 to Daniel Grossman deposition on August 25, 2020) | Fully admitted. |

---

[2] The Defendants advised the Court that they were not offering Part D of the Rebuttal Report of Michael J. New Ph.D. as part of Dr. New's testimony during the November 17, 2020 Pre-Trial Conference. *See* Dkt. 103 at 11:08-12:19. At trial, the Court took judicial notice that Part D of Dr. New's expert report had been struck. *See* Dkt. 115 at 29:02-29:06.

Dated this 21st day of December, 2020.

<div style="columns:2">

By: /s/ *Brian P. Keenan*
Brian P. Keenan
Clayton P. Kawski
Jennifer Lynn Vandermeuse
WISCONSIN DEPARTMENT OF JUSTICE
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020 (BPK)
(608) 266-7741 (JLV)
(608) 267-2223 (Fax)
keenanbp@doj.state.wi.us
kawskicp@doj.state.wi.us
vandermeusejl@doj.state.wi.us

*Counsel for the Defendants*

By: /s/ *Ali M. Arain*
Susan J. Kohlmann
Alison I. Stein
Ali M. Arain
Lori B. Day
Jessica A. Martinez
Danielle Muniz
Emily S. Mannheimer
Kara V. Brandeisky
JENNER & BLOCK LLP
919 Third Ave
New York, NY 10022
Phone: 212-891-1600
skohlmann@jenner.com
astein@jenner.com
aarain@jenner.com
lday@jenner.com

Lester A. Pines
Tamara B. Packard
Leslie Freehill
PINES BACH LLP
122 West Washington Avenue
Suite 900
Madison, WI 53703
Phone: 608-251-0101
lpines@pinesbach.com
tpackard@pinesbach.com
lfreehill@pinesbach.com

Diana O. Salgado
Richard Muniz
PLANNED PARENTHOOD FEDERATION
OF AMERICA
1110 Vermont Avenue, NW Suite 300
Washington, DC 20005
Phone: 212-261-4399
diana.salgado@ppfa.org
richard.muniz@ppfa.org

*Counsel for the Plaintiffs*

</div>