**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| PLANNED PARENTHOOD OF WISCONSIN, INC., et al., <br><br>            *Plaintiffs*, <br><br> v. <br><br> JOSHUA KAUL, Attorney General of the State of Wisconsin, in his official capacity, et al., <br><br>            *Defendants.* | CIVIL ACTION <br> Case No. 19-cv-38-WMC |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

By and through undersigned counsel, the parties hereby notify the Court that they have jointly stipulated to dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney fees.

Dated this 3rd day of August, 2022.

By: */s/ Brian P. Keenan*
Brian P. Keenan
Clayton P. Kawski
WISCONSIN DEPARTMENT OF JUSTICE
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0020 (BPK)
(608) 266-7741 (JLV)
(608) 267-2223 (Fax)
keenanbp@doj.state.wi.us
kawskicp@doj.state.wi.us
vandermeusejl@doj.state.wi.us

*Counsel for the Defendants*

By: */s/ Ali M. Arain*
Susan J. Kohlmann
Alison I. Stein
Ali M. Arain
Lori B. Day
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Phone: 212-891-1600
skohlmann@jenner.com
astein@jenner.com
aarain@jenner.com
lday@jenner.com

*/s/ Lester A. Pines*
Lester A. Pines
Tamara B. Packard
Leslie Freehill
PINES BACH LLP
122 West Washington Avenue
Suite 900
Madison, WI 53703
Phone: 608-251-0101
lpines@pinesbach.com
tpackard@pinesbach.com
lfreehill@pinesbach.com

Diana O. Salgado
PLANNED PARENTHOOD FEDERATION
OF AMERICA
1110 Vermont Avenue, NW Suite 300
Washington, DC 20005
Phone: 212-261-4399
diana.salgado@ppfa.org

*Counsel for the Plaintiffs*